# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2760 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | File No. C-4-19-503 |
| | : | |
| | : | Attorney Registration No. 1207 |
| v. | : | |
| | : | (Allegheny County) |
| | : | |
| GORDON D. FISHER, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of December, 2020, upon consideration of the Recommendation of the Disciplinary Board Member dated December 2, 2020, Respondent's Petition to Dissolve Order of Temporary Suspension is denied without prejudice.

    Justice Wecht did not participate in this matter.